DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARK D. LIPTON, State Bar #152864
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4218
Facsimile:      (415) 554-3837
E-Mail:          mark.lipton@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NICOLE MOSS, | Case No. 3:16-cv-00072 KAW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT AND [~~PROPOSED~~] ORDER** |
| vs. | |
| SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, inclusive, | Trial Date:     Not set |
| Defendants. | |

1  Pursuant to Local Rule 6-1(a), plaintiff NICOLE MOSS ("plaintiff") and defendant City and
2  County of San Francisco ("defendant"), by and through their attorneys of record stipulate that
3  defendant's time to serve and file a response to plaintiff's complaint shall be extended through and
4  including April 18, 2016.

5  **IT IS SO STIPULATED**.

6  Dated:  April 8, 2016

```
                                        DENNIS J. HERRERA
                                        City Attorney
                                        CHERYL ADAMS
                                        Chief Trial Deputy
                                        MARK D. LIPTON
                                        Deputy City Attorney


                                By:  /s/ Mark D. Lipton
                                        MARK D. LIPTON

                                        Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO
```

Dated:  April 8, 2016

```
                                        LAW OFFICES OF PAUL L. REIN


                                By:  /s/ Celia McGuinness
                                        CELIA MCGUINNESS

                                        Attorneys for Plaintiff
                                        NICOLE MOSS
```

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, the defendant's time to serve and file a response to
plaintiff's complaint shall be extended through and including April 18, 2016.

IT IS SO ORDERED.

Dated: 4/12/16

*Kandis Westmore*
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE