| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy |
| 3 | MARK D. LIPTON, State Bar #152864<br>Deputy City Attorney |
| 4 | Fox Plaza |
| 5 | 1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408<br>Telephone:     (415) 554-4218 |
| 6 | Facsimile:      (415) 554-3837<br>E-Mail:          mark.lipton@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br><br>       Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, inclusive,<br><br>       Defendants. | Case No. 3:16-cv-00072 KAW<br><br>**AMENDED ORDER**<br><br>Hearing Date:   June 16, 2016<br>Time:                 11:00 a.m.<br>Place:                1301 Clay St. Oakland, CA<br><br>Trial Date:         Not set |

**AMENDED ORDER**

Defendant City and County of San Francisco moved to consider whether this case should be related to Case No. C-16-657-YGR.

Having considered the Motion and any opposition papers, the Court DENIES the Motion.

IT IS SO ORDERED.

Dated: 05/24/16

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE