UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE MOSS,

    Plaintiff,

    v.

SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER, et al.,

    Defendants.

Case No. 16-cv-00072-KAW

**ORDER TO SHOW CAUSE**

Plaintiff filed her complaint in this action on January 6, 2016. (Dkt. No. 1.) According to the scheduling order entered in this case, April 20, 2016 was the "[l]ast day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement," and Plaintiff was to file a notice of need for mediation within 42 days after the joint site inspection. (*See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 7.) As of the filing of this order, Plaintiff has not filed any such notice or moved for administrative relief from that deadline.

Accordingly, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this order to show cause within 14 days.

IT IS SO ORDERED.

Dated: 07/06/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge