UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br>        Plaintiff,<br>   v.<br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER, et al.,<br>        Defendants. | Case No. 16-cv-00072-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Plaintiff filed her complaint in this action on January 6, 2016. (Dkt. No. 1.) Because, as of July 6, 2016, Plaintiff had not filed a notice of need for mediation or moved for administrative relief from the applicable deadline, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. On July 7, 2016, Plaintiff filed a response to the order to show cause. Accordingly, the order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: 07/07/16

KANDIS A. WESTMORE
United States Magistrate Judge