PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

MICHAEL E. GATTO, Esq. (SBN 196474)
RAINS LUCIA STERN, PC
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Phone 925.609.1699
Fax 925.609.1690
www.RLSlawyers.com

Attorneys for Plaintiff
NICOLE MOSS

*Defendants and their counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-00072 KAW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES UNDER GENERAL ORDER 56** |

//
//
//
//

1

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MARK D. LIPTON, State Bar #152864
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone: (415) 554-4218
6  Facsimile: (415) 554-3837
   E-Mail: mark.lipton@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10                          **STIPULATION**

11       Plaintiff NICOLE MOSS ("Plaintiff") and Defendant CITY AND COUNTY OF SAN

12  FRANCISCO hereby jointly stipulate and request through their attorneys of record that the deadline

13  to file a Notice of Need for Mediation under General Order 56 be continued to from July 1, 2016, to

14  August 19, 2016.  This request for an extension of time is based on the following good cause:

15       1. The parties have worked cooperatively to move through General Order 56.

16       2. The parties held an initial joint site inspection of the site on June 3, 2016, but due to the

17          presence of patients in the Family Health Center, the parties were unable to complete the

18          site inspection at that time.

19       3. The parties completed the site inspection of the Family Health Center on July 7, 2016.

20       4. Plaintiff needs some time to prepare a comprehensive request for injunctive relief

21          pursuant to General Order 56.

22       5. The parties agree that Plaintiff will make best efforts to provide Defendant with a

23          comprehensive injunctive relief demand by July 28, 2016.

24       6. Plaintiff will then allow Defendant 21 days to respond to her demand before filing a

25          Notice for Need of Mediation by August 18, 2016.

26       7. The parties therefore jointly stipulate and request that the Court continue the deadline to

27          file a Notice for Need of Mediation to August 19, 2016.

28

                                              2

| | | |
|---|---|---|
| 1 | Date:  July 7, 2016 | LAW OFFICE OF PAUL L. REIN |
| 2 | | RAINS LUCIA STERN, PC |

By:   */s/ Celia McGuinness*
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff
NICOLE MOSS

Date:  July 7, 2016

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARK D. LIPTON
Deputy City Attorney


By:   */s/ Mark D. Lipton*
 MARK D. LIPTON, ESQ.
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

3

1  **ORDER**

2  Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

3  The deadline for Plaintiff to file a Notice for Need of Mediation under General Order 56 is hereby

4  continued to August 19, 2016.

5

6
7  Dated:  _7/7_____, 2016                    _____
                                               U.S. Magistrate Judge Kandis A. Westmore
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4