PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
reinlawoffice@aol.com

MICHAEL E. GATTO, Esq. (SBN 196474)
RAINS LUCIA STERN, PC
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Phone 925.609.1699
Fax 925.609.1690
www.RLSlawyers.com

Attorneys for Plaintiff
NICOLE MOSS

*Defendants and their counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:16-cv-00072 KAW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES UNDER GENERAL ORDER 56** |

//

//

//

//

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARK D. LIPTON, State Bar #152864
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4218
Facsimile: (415) 554-3837
E-Mail: mark.lipton@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## **STIPULATION**

Pursuant to the Court's order dated September 21, 2016, Plaintiff NICOLE MOSS ("Plaintiff") and Defendant CITY AND COUNTY OF SAN FRANCISCO hereby jointly stipulate and request through their attorneys of record that the deadline to file a Notice of Need for Mediation under General Order 56 be continued to from August 19, 2016, to December 15, 2016.   This request for an extension of time is based on the following good cause:

1. The facilities at issue are very large, comprising several buildings;
2. The report of violations produced by plaintiff's expert is 276-pages long;
3. The parties need to review voluminous records of the facilities' construction and alteration history;
4. The parties would like more time to engage in informal discussions;
5. The parties therefore jointly stipulate and request that the Court continue the deadline to file a Notice for Need of Mediation to December 15, 2016.

Date:  October 7, 2016                            LAW OFFICE OF PAUL L. REIN
                                                  RAINS LUCIA STERN, PC


                                                  By:___*/s/ Celia McGuinness*___
                                                  CELIA McGUINNESS, ESQ.
                                                  Attorneys for Plaintiff

2

| | |
|---|---|
| | NICOLE MOSS |
| Date: October 7, 2016 | DENNIS J. HERRERA<br>City Attorney<br>CHERYL ADAMS<br>Chief Trial Deputy<br>MARK D. LIPTON<br>Deputy City Attorney |
| | By: */s/ Mark D. Lipton*<br> MARK D. LIPTON, ESQ.<br>Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

3

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The deadline for Plaintiff to file a Notice for Need of Mediation under General Order 56 is hereby continued to December 1, 2016.

Dated: __10/13____, 2016                             _____
                                                                              U.S. Magistrate Judge Kandis A. Westmore

4

STIP TO EXTEND GO 56 DEADLINES
CASE NO. 3:16-cv-00072 KAW                          C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2016 09 29 2nd stip to continue go 56 deadline.docx

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Local Rule 5-1, I hereby attest that on October 7, 2016, I, Celia McGuinness, |
| 3 | attorney with The Law Office of Paul L. Rein., received the concurrence of Mark D. Lipton in the |
| 4 | filing of this document. |

*/s/ Celia McGuinness*
Celia McGuinness