CELIA McGUINNESS, ESQ. (SBN 159420)
THE DERBY LAW FIRM P.C.
1255 Treat Blvd. Suite 300
Walnut Creek, CA  94597
Telephone: (925) 472-6640
Facsimile: (925) 933-3964
celia@derbydisabilitylaw.com

PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:     510/832-4787
reinlawoffice@aol.com

MICHAEL E. GATTO, Esq. (SBN 196474)
VAN BLOIS & ASSOCIATES
7677 Oakport Street, Suite 565
Oakland, CA 94621
Phone:  510.635.1284
Fax:  510.635.1516
mgatto@vanbloislaw.com

Attorneys for Plaintiff
NICOLE MOSS

*Defendants and their counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br><br>     Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE,<br><br>     Defendants. | CASE NO. 3:16-cv-00072 KAW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO MEDIATE UNDER GENERAL ORDER 56** |

//

1

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4218
Facsimile: (415) 554-3837
E-Mail: tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## **STIPULATION**

Plaintiff NICOLE MOSS ("Plaintiff") and Defendant CITY AND COUNTY OF SAN FRANCISCO hereby jointly stipulate and request through their attorneys of record that the deadline to Mediation under General Order 56 be continued from March 7, 2017, until May 31, 2017.  The relevant history of the case is as follows:

1. The original date for filing a Notice of Need for Mediation was June 1, 2016, Docket No. 4.
2. Because the scope of the facilities at San Francisco General Hospital required more time than usual for access experts to prepare a report, the parties stipulated to extend the deadline for Plaintiff to file the Notice of Need for Mediation to December 15, 2016.  Docket No. 32.
3. Plaintiff filed the Notice of Need for Mediation on December 7, 2016.  Docket No. 34.
4. The case was assigned a mediator on January 17, 2017.  Docket No. 35.
5. Pursuant to General Order 56, the parties have 90 days from filing the Notice of Need for Mediation to complete the mediation.  Thus, the deadline to complete mediation is March 7, 2017.

This request for an extension of time is based on the following good cause:

1. The parties have worked cooperatively to move through General Order 56.

2

2. The parties have engaged in significant pre-mediation discussion via telephone conference and email, facilitated by ADR Director Howard Herman.

3. The Parties agreed to join into this mediation another case, *Moss v. Kindred Healthcare Operating, Inc. et al.*, 4:16-cv-00657 YGR. The City of San Francisco is a defendant in that matter as well. The Parties believe that mediating the cases together will facilitate a more efficient resolution of all issues.

4. Due to the number of party representatives and attorneys involved in the two matters, the Parties were unable to find a mutually agreeable date for mediation within the Court's deadline.

5. All parties have agreed to participate in mediation on May 9, 2017.

Therefore, in an effort to keep costs down and to facilitate efficient resolution of the case through mediation and the General Order 56 process, the Parties stipulate and request that the Court order the deadline for mediation to take place under General Order 56 be extended to May 31, 2017.

Date:  March 3, 2017
THE LAW OFFICE OF PAUL L. REIN
THE DERBY LAW FIRM, P.C.


By:   */s/ Celia McGuinness*
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff
NICOLE MOSS

Date:  March 3, 2017
DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
THOMAS S. LAKRITZ
Deputy City Attorney


By:   */s/ Thomas S. Lakritz*
THOMAS S. LAKRITZ, ESQ.
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

3

STIP TO EXTEND GO 56 DEADLINES
CASE NO. 3:16-cv-00072 KAW                           C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2017 02 23 stip to continue deadline to mediate.docx

# **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The deadline for the parties to mediate under General Order 56 is hereby continued to May 31, 2017.

Dated:  __3/10____, 2017                            _____
                                                                            U.S. Magistrate Judge Kandis A. Westmore

4

STIP TO EXTEND GO 56 DEADLINES
CASE NO. 3:16-cv-00072 KAW                     C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2017 02 23 stip to continue deadline to mediate.docx

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on March 3, 2017, I, Celia McGuinness, attorney with The Law Office of Paul L. Rein., received the concurrence of Thomas S. Lakritz in the filing of this document.

*/s/ Celia McGuinness*
Celia McGuinness