1  CELIA McGUINNESS, ESQ. (SBN 159420)
   DERBY, McGUINNESS, & GOLDSMITH, L.P.
2  200 Lakeside Drive, Suite A
   Oakland, CA 94612
3  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
4  cmcguinness@dmglawfirm.com

5  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
6  200 Lakeside Drive, Suite A
   Oakland, CA 94612
7  Telephone:   510/832-5001
   Facsimile:   510/832-4787
8  reinlawoffice@aol.com

9  MICHAEL E. GATTO, Esq. (SBN 196474)
   VAN BLOIS & ASSOCIATES
10 7677 Oakport Street, Suite 565
   Oakland, CA 94621
11 Phone: 510.635.1284
   Fax: 510.635.1516
12 mgatto@vanbloislaw.com

13 Attorneys for Plaintiff
   NICOLE MOSS

*Defendants and their counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:16-cv-00072 KAW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO MEDIATE UNDER GENERAL ORDER 56** |

//

1

STIP TO EXTEND GO 56 DEADLINES
CASE NO. 3:16-cv-00072 KAW          C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2017 06 26 stip to continue deadline to mediate.docx

| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 <br> City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 <br> Chief Trial Deputy |
| 3 | THOMAS S. LAKRITZ, State Bar #161234 <br> Deputy City Attorney |
| 4 | Fox Plaza <br> 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 <br> Telephone: (415) 554-4218 |
| 6 | Facsimile: (415) 554-3837 <br> E-Mail: tom.lakritz@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendant <br> CITY AND COUNTY OF SAN FRANCISCO |

## STIPULATION

Plaintiff NICOLE MOSS ("Plaintiff") and Defendant CITY AND COUNTY OF SAN FRANCISCO hereby jointly stipulate and request through their attorneys of record to extend the deadline to mediate the case to August 18, 2017. This stipulation is based on the following good cause:

1. The parties have worked cooperatively to move through General Order 56.

2. The parties have engaged in significant pre-mediation discussion via telephone conference and e-mail, facilitated by ADR Director Howard Herman.

3. The parties previously agreed to mediate the case on May 9, 2017.

4. On May 1, 2017, counsel for the Estate of Nicole Moss informed the other parties that it was necessary to postpone the mediation to gain a better understanding regarding the status of the Estate and participate in a meaningful mediation.

5. Due to the number of party representatives and attorneys involved in the two matters being mediated together, the parties were unable to find a mutually agreeable date for mediation within the Court's deadline to complete mediation.

6. The parties have conferred with Howard Hermann regarding a new date for mediation and selected August 17, 2017.

Therefore, in an effort to keep costs down and to facilitate efficient resolution of the case through mediation and the General Order 56 process, the parties stipulate and request that the Court

2

STIP TO EXTEND GO 56 DEADLINES
CASE NO. 3:16-cv-00072 KAW                C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2017 06 26 stip to continue deadline to mediate.docx

order the deadline for mediation to take place under General Order 56 be extended to August 18, 2017.

Date: June 26, 2017            DERBY, McGUINNESS, & GOLDSMITH, L.P.

By:   */s/ Celia McGuinness*
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff
NICOLE MOSS

Date: June 26, 2017            DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
THOMAS S. LAKRITZ
Deputy City Attorney

By:   */s/ Thomas S. Lakritz*
THOMAS S. LAKRITZ, ESQ.
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

3

STIP TO EXTEND GO 56 DEADLINES
CASE NO. 3:16-cv-00072 KAW      C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2017 06 26 stip to continue deadline to mediate.docx

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The deadline for the parties to mediate under General Order 56 is hereby continued to August 18, 2017.

Dated: __6/27____, 2017      ___*Kandis Westmore*___
U.S. Magistrate Judge Kandis A. Westmore

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on June 26, 2017, I, Celia McGuinness, attorney with Derby, McGuinness, & Goldsmith, L.P., received the concurrence of Thomas S. Lakritz in the filing of this document.

*/s/ Celia McGuinness*
Celia McGuinness