| | |
|---|---|
| 1 | CELIA McGUINNESS, ESQ. (SBN 159420) |
| | DERBY, McGUINNESS, & GOLDSMITH, L.P. |
| 2 | 200 Lakeside Drive, Suite A |
| | Oakland, CA 94612 |
| 3 | Telephone: (510) 987-8778 |
| | Facsimile: (510) 359-4419 |
| 4 | cmcguinness@dmglawfirm.com |
| 5 | PAUL L. REIN, Esq. (SBN 43053) |
| | LAW OFFICES OF PAUL L. REIN |
| 6 | 200 Lakeside Drive, Suite A |
| | Oakland, CA 94612 |
| 7 | Telephone: (510) /832-5001 |
| | Facsimile: (510) 832-4787 |
| 8 | reinlawoffice@aol.com |
| 9 | MICHAEL E. GATTO, Esq. (SBN 196474) |
| | VAN BLOIS & ASSOCIATES |
| 10 | 7677 Oakport Street, Suite 565 |
| | Oakland, CA 94621 |
| 11 | Phone: 510.635.1284 |
| | Fax: 510.635.1516 |
| 12 | mgatto@vanbloislaw.com |

Attorneys for Plaintiff
ARTHUR MOSS and DAKEIHA HALL
AS ADMINISTRTORS OF THE ESTATE OF NICOLE MOSS

*Defendants and their counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO. 4:16-cv-00072 KAW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT FOR PURPOSES OF FACILITATING SETTLEMENT** |

1

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  THOMAS S. LAKRITZ, State Bar #161234
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone: 415-554-3963
6  Facsimile: (415) 554-3837
   E-Mail: tom.lakritz@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

WHEREAS, the Parties agree that Plaintiff Nicole Moss has died, and that the Superior Court for the State of California, County of San Mateo, has appointed Arthur Moss and Dakehia Hall the administrators of the Estate of Nicole Moss (the "Estate") in an order issued August 17, 2017, attached and incorporate herewith as Exhibit A;

WHEREAS, Arthur Moss and Dakehia Hall have retained Derby, McGuinness & Goldsmith, LLP, to represent them in this matter;

WHEREAS, the Parties, with the participation of the co-administrators, settled all claims in this case on August 18, 2018, and since then have been working assiduously to finalize settlement documents;

WHEREAS, the Parties agree that all Parties shall retain their respective rights, remedies, claims, causes of action and defenses as of the date of Plaintiff Nicole Moss's death;

WHEREAS, the Parties agree that substituting the administrators of the Estate into this case as named Plaintiff will facilitate resolution of the settlement documents;

WHEREAS, the Parties desire to minimize litigation;

THEREFORE, the Parties stipulate:

1. Pursuant to Federal Rule of Civil Procedure 25, Arthur Moss and Dakehia Hall are the appropriate representatives of the Estate of Nicole Moss;

2. "Arthur Moss and Dakehia Hall as Co-Administrators of the Estate of Nicole Moss"

| | | |
|---|---|---|
| 1 | | shall be substituted as Plaintiffs in this matter; |
| 2 | 3. | A new government claim pursuant to California Government Code section 910, *et seq*., |
| 3 | | is not required on behalf of the Estate; |
| 4 | 4. | This substitution of Arthur Moss and Dakehia Hall as Co-Administrators of the Estate of |
| 5 | | Nicole Moss as Plaintiffs is intended to facilitate the settlement of this case and does not |
| 6 | | affect any of the terms of the settlement or any rights, remedies, claims, causes of action |
| 7 | | or defenses available to each of them (including Arthur Moss and Dakehia Hall as Co- |
| 8 | | Administrators of The Estate of Nicole Moss) as of the date of the death of Plaintiff |
| 9 | | Nicole Moss. |

Date: January 10, 2018                DERBY, McGUINNESS, & GOLDSMITH, L.P.

By:  */s/ Celia McGuinness*
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiff
NICOLE MOSS and ARTHUR MOSS and DAKEIHA HALL AS ADMINISTRTORS OF THE ESTATE OF NICOLE MOSS

Date: January 10, 2018                DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
THOMAS S. LAKRITZ
Deputy City Attorney


By:  */s/ Thomas S. Lakritz*
THOMAS S. LAKRITZ, ESQ.
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

### **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

Dated:  1/11 , 2018                        _____
U.S. Magistrate Judge Kandis A. Westmore

3

STIP RE AMENDED COMPLAINT
CASE NO. 4:16-cv-00072 KAW         \\rein-sbs\DMG Law\Active Cases\Moss, Nicole (Estate of)\SF GENERAL\Pleadings\2018 01 04 stipulation to substitute estate circulated draft.docx