1  STEVEN L. DERBY, ESQ. (SBN 148372)
2  CELIA McGUINNESS, ESQ. (SBN 159420)
   DERBY, McGUINNESS, & GOLDSMITH, L.P.
3  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
4  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
5  cmcguinness@dmglawfirm.com

6  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
7  200 Lakeside Drive, Suite A
   Oakland, CA  94612
8  Telephone:    510/832-5001
   Facsimile:     510/832-4787
9  reinlawoffice@aol.com

10 MICHAEL E. GATTO, Esq. (SBN 196474)
   VAN BLOIS & ASSOCIATES
11 7677 Oakport Street, Suite 565
   Oakland, CA 94621
12 Phone:  510.635.1284
   Fax:  510.635.1516
13 mgatto@vanbloislaw.com

Attorneys for Plaintiffs
ARTHUR MOSS and DAKEHIA HALL
AS ADMINISTRTORS OF THE ESTATE OF NICOLE MOSS

*Defendants and their counsel listed on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOSS and DAKEHIA HALL AS ADMINISTRATORS OF THE ESTATE OF NICOLE MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 4:16-cv-00072 KAW<br><br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER] FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>**FRCP 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
| | Chief Trial Deputy |
| 3 | THOMAS S. LAKRITZ, State Bar #161234 |
| | Deputy City Attorney |
| 4 | Fox Plaza |
| | 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-4218 |
| 6 | Facsimile: (415) 554-3837 |
| | E-Mail: tom.lakritz@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendant |
| | CITY AND COUNTY OF SAN FRANCISCO |

Pursuant to the Court's Order to File Joint Status Report or Dismissal of Action (Dkt. No. 53) and the Settlement Agreement between the parties, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that all claims brought by Plaintiffs Arthur Moss, Dakehia Hall As Administrators of the Estate of Nicole Moss, in this action shall be dismissed with prejudice as to all Defendants, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs and litigation expenses.

**IT IS SO STIPULATED.**

Dated: November 8, 2018          DERBY, McGUINNESS, & GOLDSMITH, L.P.


                                 By:  */s/ Celia McGuinness*
                                      CELIA MCGUINNESS, ESQ.
                                      Attorneys for Plaintiff


Dated: November 8, 2018          DENNIS J. HERRERA
                                 City Attorney
                                 CHERYL ADAMS
                                 Chief Trial Deputy
                                 THOMAS S. LAKRITZ
                                 Deputy City Attorney

                                 By:  */s/Thomas Lakritz*
                                      THOMAS S. LAKRITZ, ESQ.
                                      Attorneys for Defendant
                                      CITY AND COUNTY OF SAN FRANCISCO

**<u>FILER'S ATTESTATION</u>**

Pursuant to Local Rule 5-1, I hereby attest that on November 8, 2018, I, Celia McGuinness attorney with Derby McGuinness Goldsmith, LLP received the concurrence of all counsel in the filing of this document.

/s/ Celia McGuinness<br>
Celia McGuinness<br>
DERBY MCGUINNESS GOLDSMITH, LLP

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. that all claims brought by Plaintiff Nicole Moss in this action shall be dismissed with prejudice as to all Defendants, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs and litigation expenses.

Dated: 11/8/18

*Kandis Westmore*

The Honorable Kandis A. Westmore
United States District Judge